| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>1:02CR23-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Wayne Marlowe Carter<br>5521 Sam Wood Road<br>Millry, Alabama 36558 | DISTRICT<br><br>Florida Northern | DIVISION<br><br>Gainesville | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Maurice M. Paul, Senior United States District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>06/28/2007 | TO<br>06/27/2010 |

OFFENSE

Possession of a Firearm by a Convicted Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 17, 2007                                          /s/ Maurice M. Paul
Date                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 27, 2007                                          Callie V. S. Granade
Effective Date                                         United States District Judge

FILED